UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 25-00901-MCS (ASx) | Date | November 13, 2025 |
|---|---|---|---|
| Title | A.K.A. Brands Holding Corp., et. al., v. Zahra Bahari, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS: 11/12/25 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sarah S. Brooks | Lara Samet Buchwald |

**Proceedings (In Chambers):** MINUTES OF INFORMAL DISCOVERY CONFERENCE (DKT. NO. 86)

At the parties' request, the Court held an informal discovery conference, ("IDC"), by teleconference on November 12, 2025. At issue is the parties' disagreement regarding the length of time Plaintiff may depose Defendant Bahari as a 30(b)(1) witness and a 30(b)(6) witness for two corporate entities: Whitney Morgan and the Powell Companies. Defendant contends that Plaintiff agreed to combine Bahari's deposition in these capacities over a two-day period but is now requesting a third day to depose Bahari. Plaintiff maintains that it only stated a belief that the combined deposition could conclude in two days but did not agree to limit its deposition of Bahari to two days. Plaintiff also claimed that Bahari's lack of cooperation in answering questions was delaying Plaintiff's attempts to conclude their questioning. After hearing from the parties, the Court ordered Plaintiff – if it does not conclude Bahari's deposition after two days (i.e., 14 hours) – to complete the deposition on a third day for no more than four (4) hours.

**IT IS SO ORDERED.**

cc: Marc C. Scarsi
United States District Judge

_____ : _16_