UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-00901-MCS (ASx) | Date | November 17, 2025 |
|---|---|---|---|
| Title | A.K.A. Brands Holding Corp., et. al., v. Zahra Bahari, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CR: Andy Rodriguez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sarah S. Brooks | Steven Underwood |
| | Lawrence Hadley |

**Proceedings (In Chambers):**     **MINUTES RE INFORMAL DISCOVERY CONFERENCE (DKT. NO. 89)**

At the parties' request, the Court held an informal discovery conference, ("IDC"), by teleconference on November 17, 2025. Defendants/Counter-Claimants seek an order compelling Plaintiffs/Counter-Defendants to provide supplemental responses to Interrogatory No. 11 to A.K.A. Brands and Interrogatory No. 12 to Culture Kings USA. Both interrogatories request wholesale sales figures to certain named retailers allegedly introduced to Plaintiffs by Defendants. Plaintiffs objected to these interrogatories as seeking information that was not relevant or proportional to the needs of the case, overbroad and unduly burdensome. Defendants contend that recent discovery proceedings have identified four retailers who were introduced to Plaintiffs and the information sought in the interrogatories is relevant to compute their damages on their counterclaim for breach of the parties' 2023 consulting agreement. Plaintiffs aver that the information requested is not relevant to the claims asserted because these retailers are not customers that were "introduced to" Plaintiffs by Defendants as set forth in the parties' 2023 consulting agreement or the 2024 consulting agreement. However, these arguments address the merits of the parties' claims and do not support Plaintiff's objections.

The Court, having reviewed the parties' submission in support of the IDC request and considered the arguments of counsel, GRANTS Defendant's request and ORDERS Plaintiffs to provide supplemental responses to Interrogatory No. 10 (directed to A.K.A. Brands) and Interrogatory No. 11 (directed to Culture Kings USA), limited to wholesale sales figures, including units sold, revenues, costs, and profits, to four retailers: Nordstrom, TJ Maxx (Canada), JD Sports/DTLR, and Dillard, no later than one week from the date of this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-00901-MCS (ASx) | Date | November 17, 2025 |
|-----|----------------------|------|-------------------|
| Title | A.K.A. Brands Holding Corp., et. al., v. Zahra Bahari, et. al., | | |

The scheduling order issued in this case sets a discovery cut-off date of November 17, 2025, and notes that this is the date by which all discovery, including hearings, must be completed. See Dkt. No. 42 at 4.  Accordingly, the parties must - forthwith - jointly request a modification of the scheduling order in order to ensure compliance with this Order.

**IT IS SO ORDERED.**

cc:    Marc C. Scarsi
       United States District Judge

_____ :  _26_