**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| A.K.A. BRANDS HOLDING CORP.; TF INTELLECTUAL PROPERTY PTY LTD; and CULTURE KINGS USA, INC., <br><br>Plaintiff, <br><br>v. <br><br>ZAHRA BAHARI; THE POWELL COMPANIES, LLC; and WHITNEY MORGAN LLC, <br><br>Defendants. <br><br>WHITNEY MORGAN LLC AND THE POWELL COMPANIES, LLC, <br><br>Counter-Claimants, <br><br>v. <br><br>A.K.A. BRANDS HOLDING CORP., <br><br>Counterclaim-Defendants. | CASE NO.: 2:25-cv-00901-MCS-AS <br><br>The Honorable Mark C. Scarsi <br>Courtroom 7C <br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **REQUEST FOR LIMITED EXTENSION OF FACT DISCOVERY TO ENFORCE MAGISTRATE JUDGE'S NOV. 17 ORDER (DKT. 90, 91) (ECF NO. 92)** |

**WHEREAS**, Defendants, in the above-captioned case, filed an *ex parte* request seeking to modify the Scheduling Order (ECF No. 42) to extend the fact discovery period for the limited purpose of permitting Plaintiffs to comply with the Magistrate Judge's Order of November 17, 2025 (ECF No. 90), as amended on November 18, 2025 (ECF No. 91) (the "Order");

**WHEREAS**, the Order requires Plaintiffs to provide Supplemental Responses to Interrogatory No. 11 to a.k.a. Brands and No. 12 to Culture Kings USA by November 24, 2025; and

**WHEREAS**, upon review of the parties' briefing, the application is **GRANTED**;

**IT IS HEREBY ORDERED** that the Scheduling Order (Dkt. 42) is modified as follows:

The fact discovery deadline of November 17, 2025 is hereby **EXTENDED** solely for the limited purpose of permitting Plaintiffs to serve, by November 24, 2025, the Supplemental Responses to Interrogatory Nos. 11 to a.k.a. and 12 to CKUS required by the Magistrate Judge's Order of November 17, 2025 (ECF No. 90), as corrected in the Amended Order issued on November 18, 2025 (ECF No. 91)~~, and to permit any follow-up procedures necessary to enforce compliance with that Order~~. **<u>Fact discovery otherwise remains closed. At this late stage of the case, any disputes over compliance with the Magistrate Judge's Order may be ventilated only through Rule 37(c)(1) motion practice.</u>**

**SO ORDERED.**

Date: November 21, 2025

_____
Mark C. Scarsi
United States District Judge