FILED
CLERK, U.S. DISTRICT COURT

5/8/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JRE _____ DEPUTY

**REDACTED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.A. BRANDS HOLDING CORP., TF INTELLECTUAL PROPERTY PTY LTD, and CULTURE KINGS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZAHRA BAHARI, THE POWELL COMPANIES, LLC, and WHITNEY MORGAN LLC, <br><br> Defendants. <br> ———————————————— <br> WHITNEY MORGAN LLC AND THE POWELL COMPANIES, LLC, <br><br> Counterclaimants, <br><br> v. <br><br> A.K.A. BRANDS HOLDING CORP. <br><br> Counterclaim-Defendant. | Case No. 2:25-cv-00901-RGK-AS <br><br> Hon. Hon. R. Gary Klausner <br><br> **Verdict Form** <br><br> Action Filed:  February 3, 2025 <br> Trial Date:    May 5, 2026 |

## INSTRUCTIONS TO THE JURY

Answer each question based solely on the evidence presented during this trial and the instructions provided by the Court.

### I.    Plaintiffs' Affirmative Claims

#### a.    Claim 1: Federal Trademark Infringement

**Question 1:** Is TF Intellectual Property the owner of valid trademarks for the LOITER Marks? Answer Yes or No:

Yes or No: __Yes__

*If your answer to Question 1 is yes, then proceed to answer Questions 2-4. If you answered no to Question 1, then do not answer the remaining Questions in Section I.a. and instead proceed to Section I.b.*

**Question 2:** Did Zahra Bahari infringe upon the LOITER Marks? Answer Yes or No:

Yes or No: __Yes__

**Question 3:** Did Powell infringe upon the LOITER Marks? Answer Yes or No:

Yes or No: __Yes__

**Question 4:** Did Whitney Morgan infringe upon the LOITER Marks? Answer Yes or No:

Page 2 of 8
VERDICT FORM

Yes or No: ___Yes_____

*If you answered yes to Questions 2, 3, or 4, then answer Question 5. If you answered no to Questions 2, 3, and 4, then do not answer Question 5 and proceed to Section I.b.*

**Question 5:** What amount of statutory damages do you award for the infringement:

$ ___514,000_____

### b. Claim 3: Common Law Trademark Infringement

**Question 6:** Is TF Intellectual Property the owner of valid trademarks for the LOITER Marks? Answer Yes or No:

Yes or No: ___Yes_____

**Question 7:** Are the GOAT CREW Marks valid, protectable marks? Answer Yes or No:

Yes or No: ___Yes_____

**Question 8:** Are the AMERICAN THRIFT Marks valid, protectable marks? Answer Yes or No:

Yes or No: ___Yes_____

*If you answer yes to Questions 6, 7, or 8, then answer Questions 9–11. If you answered no to Questions 6, 7, and 8, then do not answer the remaining Questions*

*in Section I.b. and Section I.c., and instead proceed to Section I.d.*

**Question 9:** Did Zahra Bahari infringe upon the LOITER, GOAT CREW, and/or AMERICAN THRIFT Marks? Answer Yes or No:

Yes or No: __Yes__

**Question 10:** Did Powell infringe upon the LOITER, GOAT CREW, and/or AMERICAN THRIFT Marks? Answer Yes or No:

Yes or No: __Yes__

**Question 11:** Did Whitney Morgan infringe upon the LOITER, GOAT CREW, and/or AMERICAN THRIFT Marks? Answer Yes or No:

Yes or No: __Yes__

*If you answered yes to Questions 9, 10, or 11, then answer Question 12. If you answered no to Questions 9, 10, and 11, then do not answer Question 12 and proceed to Section I.c.*

**Question 12:** What amount of damages, if any, resulted from the infringement:

$ __54,000__

### c. Claim 2: False Designation of Origin

**Question 13:** Did Zahra Bahari use the LOITER, GOAT CREW, and/or AMERICAN THRIFT Marks and, if so, did that use constitute a false designation of origin? Answer Yes or No:

Yes or No: __Yes__

**Question 14:** Did Powell use the LOITER, GOAT CREW, and/or AMERICAN THRIFT Marks and, if so, did that use constitute a false designation of origin? Answer Yes or No:

Yes or No: __Yes__

**Question 15:** Did Whitney Morgan use the LOITER, GOAT CREW, and/or AMERICAN THRIFT Marks and, if so, did that use constitute a false designation of origin? Answer Yes or No:

Yes or No: __Yes__

*If you answered yes to Questions 13, 14, or 15, then answer Question 16. If you answered no to Questions 13, 14, and 15, then do not answer Question 16 and proceed to Section I.d.*

**Question 16:** What amount of damages, if any, do you award for the false designation of origin:

$ __40,000__

### d. **Claim 5: Breach of Contract**

**Question 17:** Is the 2024 Consulting Agreement a valid, enforceable contract between AKA and Zahra Bahari, Powell, and/or Whitney Morgan? Answer Yes or No:

Yes or No: __Yes__

*If you answered yes to Question 17, then answer Questions 18–20. If you answered no to Question 17, then do not answer Questions 18–20 and instead proceed to Section II.*

**Question 18:** Did Zahra Bahari breach the 2024 Consulting Agreement? Answer Yes or No:

Yes or No: __Yes__

**Question 19:** Did Powell breach the 2024 Consulting Agreement? Answer Yes or No:

Yes or No: __Yes__

**Question 20:** Did Whitney Morgan breach the 2024 Consulting Agreement? Answer Yes or No:

Yes or No: __Yes__

*If you answered yes to Questions 18, 19, or 20, then answer Question 21. If you answered no to Questions 18, 19, and 20, then do not answer Question 21 and proceed to Section II of the Verdict Form.*

**Question 21:** What amount of damages, if any, resulted from the breach of contract:

$__518,000__

## II.    Defendants Powell and Whitney Morgan's Counterclaims

### a. Counterclaim 1: Breach of Contract – 2023 Consulting Agreement

**Question 22:** Is the 2023 Consulting Agreement a valid, enforceable contract between AKA and Whitney Morgan? Answer Yes or No:

Yes or No: ___Yes___

*If you answered yes to Question 22, then answer Question 23. If you answered no to Question 22, then do not answer Question 23 and instead proceed to Section II.b.*

**Question 23:** Did AKA breach the 2023 Consulting Agreement? Answer Yes or No:

Yes or No: ___NO___

*If your answer to Question 23 is yes, then proceed to answer Question 24. If you answered no to Question 23, then do not answer Question 24 and instead proceed to Section II.b.*

**Question 24:** What amount of damages, if any, resulted from the breach of contract:

$ ___0___

### b. Counterclaim 2: Breach of Contract – Purchase Order and Release Agreement

**Question 25:** Is the Purchase Order and Release Agreement a valid, enforceable contract between AKA and Powell? Answer Yes or No:

Yes or No: ___Yes___

*If you answered yes to Question 25, then answer Question 26. If you answered no to Question 25, then do not answer Question 26 and proceed to the signature page*

Page 7 of 8
VERDICT FORM

*of the Verdict Form.*

**Question 26:** Did AKA breach the Purchase Order and Release Agreement? Answer Yes or No:

Yes or No: __NO__

*If your answer to Question 26 is yes, then proceed to answer Question 27. If you answered no to Question 26, then do not answer Question 27 and instead proceed to the Signature Page of the Verdict Form.*

**Question 27:** What amount of damages, if any, resulted from the breach of contract:

$ __0__

### SIGNATURE PAGE

The foregoing represents our true and unanimous verdict.

Signature of Foreperson ██████████ .

Date: __5/8/2026__ .