JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.A. BRANDS HOLDING CORP., TF INTELLECTUAL PROPERTY PTY LTD, and CULTURE KINGS USA, INC., | Case No. 2:25-cv-00901-RGK-AS |
| Plaintiffs, | [PROPOSED] **FINAL JUDGMENT** |
| v. | Hon. R. Gary Klausner |
| ZAHRA BAHARI, THE POWELL COMPANIES, LLC, and WHITNEY MORGAN LLC, | |
| Defendants. | |
| WHITNEY MORGAN LLC AND THE POWELL COMPANIES, LLC, | |
| Counterclaimants, | |
| v. | |
| A.K.A. BRANDS HOLDING CORP. | |
| Counterclaim-Defendant. | |

On February 3, 2025, plaintiffs a.k.a. Brands Holding Corp., TF Intellectual Property Pty Ltd, and Culture Kings USA, Inc. brought the present action against defendants Zahra Bahari, The Powell Companies, LLC, and Whitney Morgan LLC for federal trademark infringement under 15 U.S.C. § 1114, false designation of origin under 15 U.S.C. § 1125(a), common law trademark infringement, declaratory judgment, and breach of contract.

This case proceeded to a jury trial, after which the jury found defendants liable on all claims asserted by plaintiffs and triable by jury.  Pursuant to the jury verdict rendered in this matter, it is hereby ORDERED, ADJUDGED AND DECREED that:

**I. DAMAGES AWARD**

1. Plaintiffs are awarded cumulative damages against defendants, jointly and severally, as follows:

a. $518,000 for federal trademark infringement under 15 U.S.C. § 1114, common law trademark infringement, and breach of the 2024 Consulting Agreement.

b. $40,000 for false designation of origin under 15 U.S.C. § 1125(a);

for a total of $558,000 (FIVE HUNDRED FIFTY-EIGHT THOUSAND DOLLARS) (the "Award").

2. The damages for federal trademark infringement, common law trademark infringement, and breach of the 2024 Consulting Agreement represent the same damages under different theories of law.

[PROPOSED] FINAL JUDGMENT

IT IS FURTHER ORDERED that:

## II. ADDITIONAL EQUITABLE RELIEF

3. Pursuant to 15 U.S.C. § 1118, within fifteen (15) days of entry of this judgment, defendants shall deliver to plaintiffs all products and materials bearing the LOITER Marks, the GOAT CREW Mark, or the AMERICAN THRIFT Marks, including but not limited to packaging, labels, tags, advertising materials, and promotional materials bearing any of plaintiffs' marks.

## III. DECLARATORY RELIEF

4. The Court hereby declares that the 2023 Independent Sales and Production Consulting Agreement between the parties was terminated and superseded by the 2024 Independent Sales and Production Consulting Agreement (the "2024 Consulting Agreement").

5. The Court hereby declares that the 2024 Consulting Agreement was valid, binding, and enforceable prior to plaintiffs' December 2024 termination of that agreement.

## IV. ATTORNEYS' FEES

6. Any motion for attorneys' fees shall be filed no later than fourteen (14) days after entry of this judgment.

## V. INTEREST AND COSTS

7. Pre-judgment interest shall accrue on the Award as provided by law.

8. Pursuant to 28 U.S.C. § 1961, post-judgment interest shall accrue on the Award from the date of entry of this judgment until paid.

9. Plaintiffs are the prevailing parties and are entitled to costs from defendants, jointly and severally. Plaintiffs shall submit their bill of costs with necessary supporting documentation within fifteen (15) days of entry of this judgment. Defendants shall submit objections, if any, to that bill of costs as required by Local Rule 54.

[PROPOSED] FINAL JUDGMENT

IT IS FURTHER ORDERED that:

## VI. MISCELLANEOUS

10. The Court has subject matter jurisdiction, and personal jurisdiction over each of the defendants, for purposes of entering and enforcing this judgment.

11. The Court retains jurisdiction over this matter to enforce the terms of this judgment.

12. Entry of this final judgment is in the public interest. There being no just reason for delay, the Clerk is directed to enter judgment immediately.

IT IS SO ORDERED.

Dated: 5/14/2026

_____

HON. R. GARY KLAUSNER
United States District Judge

-3-
[PROPOSED] FINAL JUDGMENT