closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.K.A. BRANDS HOLDING CORP., TF INTELLECTUAL PROPERTY PTY LTD, and CULTURE KINGS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ZAHRA BAHARI, THE POWELL COMPANIES, LLC, and WHITNEY MORGAN LLC,<br><br>Defendants.<br><hr>WHITNEY MORGAN LLC AND THE POWELL COMPANIES, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>A.K.A. BRANDS HOLDING CORP.<br><br>Counterclaim-Defendant. | Case No. 2:25-cv-00901-RGK-AS<br><br><br>~~[PROPOSED]~~ **AMENDED FINAL JUDGMENT** |

On February 3, 2025, plaintiffs a.k.a. Brands Holding Corp., TF Intellectual Property Pty Ltd, and Culture Kings USA, Inc. brought the present action against defendants Zahra Bahari, The Powell Companies, LLC, and Whitney Morgan LLC for federal trademark infringement under 15 U.S.C. § 1114, false designation of origin under 15 U.S.C. § 1125(a), common law trademark infringement, declaratory judgment, and breach of contract.

This case proceeded to a jury trial, after which the jury found defendants liable on all claims asserted by plaintiffs and triable by jury. Pursuant to the jury verdict rendered in this matter, it is hereby ORDERED, ADJUDGED AND DECREED that:

## I. DAMAGES AWARD

1. Plaintiffs are awarded cumulative damages against defendants, jointly and severally, as follows:

a. $518,000 for federal trademark infringement under 15 U.S.C. § 1114, common law trademark infringement, and breach of the 2024 Consulting Agreement.

b. $40,000 for false designation of origin under 15 U.S.C. § 1125(a);

for a total of $558,000 (FIVE HUNDRED FIFTY-EIGHT THOUSAND DOLLARS) (the "Award").

2. The damages for federal trademark infringement, common law trademark infringement, and breach of the 2024 Consulting Agreement represent the same damages under different theories of law.

IT IS FURTHER ORDERED that:

## II. ADDITIONAL EQUITABLE RELIEF

3. Within 10 days of the date of this order, defendants shall execute a document transferring title to plaintiffs of all infringing products and materials in the possession of third parties that bear the LOITER Marks, the GOAT CREW Marks, and the AMERICAN THRIFT Marks, including but not limited to clothing, packaging, labels, tags, advertising materials, and promotional materials bearing any of plaintiffs' marks.

4. Defendants shall reimburse plaintiffs for all costs incurred associated with the release from the third-party warehouses of the infringing goods specified in the preceding paragraph, and for the delivery of such infringing goods to plaintiffs.

## III. DECLARATORY RELIEF

5. The Court hereby declares that the 2023 Independent Sales and Production Consulting Agreement between the parties was terminated and superseded by the 2024 Independent Sales and Production Consulting Agreement (the "2024

**2**

AMENDED FINAL JUDGMENT

Consulting Agreement").

6. The Court hereby declares that the 2024 Consulting Agreement was valid, binding, and enforceable prior to plaintiffs' December 2024 termination of that agreement.

## IV. INTEREST AND COSTS

7. Pre-judgment interest shall accrue on the Award as provided by law.

8. Pursuant to 28 U.S.C. § 1961, post-judgment interest shall accrue on the Award from the date of entry of this judgment until paid.

9. Plaintiffs are the prevailing parties and are entitled to costs from defendants, jointly and severally as determined by the Clerk of Court at ECF No 290.

IT IS FURTHER ORDERED that:

## V. MISCELLANEOUS

10. The Court has subject matter jurisdiction, and personal jurisdiction over each of the defendants, for purposes of entering and enforcing this judgment.

11. The Court retains jurisdiction over this matter to enforce the terms of this judgment.

12. Entry of this final judgment is in the public interest. There being no just reason for delay, the Clerk is directed to enter judgment immediately.

IT IS SO ORDERED.

Dated: 7/29/2026

HON. R. GARY KLAUSNER
United States District Judge

**3**
AMENDED FINAL JUDGMENT